

# Fourth Court of Appeals
## San Antonio, Texas

September 9, 2022

No. 04-22-00259-CR

**EX PARTE** Juan Gabriel Colorado **CARRILLO**

From the County Court, Kinney County, Texas
Trial Court No. 10367CR
Honorable Roland Andrade, Judge Presiding

# O R D E R

On August 22, 2022, appellant filed an unopposed motion requesting an extension of time to file appellant's reply brief. Appellant's motion is GRANTED. Appellant's reply brief is due **no later than September 26, 2022**.

It is so **ORDERED** on September 9, 2022.

**PER CURIAM**

ATTESTED TO: _____
MICHAEL A. CRUZ,
CLERK OF COURT